10044.　ASH *et al.,* executors, *v.* PEOPLES BANK OF OLIVER.

BROYLES, C. J.　1. In answer to questions certified by this court in this case, the Supreme Court, on January 16, 1920, handed down an opinion with the following headnotes.　See 149 *Ga.* 713 (101 S. E. 912).

"1. Writs of error do not lie from the city court of Springfield to the Court of Appeals of Georgia.

"2. Nor has the judge of that court power or authority to hear and determine a motion for a new trial.

"3. Upon review of the cases of *Monford* v. *State,* 114 *Ga.* 528 (40 S. E. 798), and *Welborne* v. *State,* 114 *Ga.* 793 (40 S. E. 857), and other decisions to the same effect, the rulings there made are reaffirmed."

Under the above rulings the writ of error is

Dismissed.　*Luke and Bloodworth, JJ., concur.*
DECIDED FEBRUARY 13, 1920.

Complaint; from city court of Springfield—Judge Shearouse. June 14, 1918.

*H. B. Strange, Travis & Travis,* for plaintiffs in error.

*A. B. Lovett,* contra.

---

9936.　FANNIN COUNTY *v.* PACK.

JENKINS, P. J.　In accordance with the answers made by the Supreme Court to the questions certified to it in this case (149 *Ga.* 704, 102 S. E. 166), the ruling of the court below, sustaining the defendant's affidavit of illegality, is affirmed.

*Judgment affirmed.　Stephens and Smith, JJ., concur.*
DECIDED FEBRUARY 18, 1920.

Certiorari; from Fannin superior court—Judge Morris.　May 31, 1918.

*William Butt,* for plaintiff.

*Thomas A. Brown, B. L. Smith,* for defendant.